IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
DEC 09 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In re Bank One Shareholders Class Actions ) No. 00 C 880
) Judge Milton I. Shadur

## NOTICE OF MOTION

**DOCKETED**
DEC 18 2002

TO: All Counsel Listed On The Attached Service List

PLEASE TAKE NOTICE that on Tuesday, December 17, 2002, at 9:15 a.m., we shall appear before the Honorable Milton I. Shadur, or any judge sitting in his stead, in Courtroom 2303, United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Lead Counsel's Motion for an Order Directing Distribution of the Settlement Fund,* a copy of which is hereby served upon you.

DATED: December 9, 2002

Plaintiffs,

By: _____
Marvin A. Miller
**MILLER FAUCHER and CAFFERTY LLP**
30 North LaSalle Street, Suite 3200
Chicago, IL 60602
(312) 782-4880

129

## CERTIFICATE OF SERVICE

I, Marvin A. Miller, one of plaintiffs' attorneys, hereby certify that I caused the following documents:

*Notice of Motion*

*Lead Counsel's Motion for an Order*
*Directing Distribution of the Settlement Fund*

*Affidavit of Robert I. Harwood in Support of*
*the Entry of an Order Directing Distribution of the Settlement Fund*
*(Served without exhibits)*

to be served on all counsel on the attached service list by placing a copy of same in the United States Mail at 30 North LaSalle Street, Chicago, Illinois this 9th day of December, 2002.

_____
Marvin A. Miller

## SERVICE LIST

William F. Conlon
James W. Ducayet
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

James H. Schink, P.C.
Robert Ellis
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2258

Robert T. Markowski
Theodore M. Tetzlaff
Matthew S. Miller
Elizabeth W. Reutter
JENNER & BLOCK LLC
One IBM Plaza
Chicago, Illinois 60611
(312) 222-9350

Charles R. Mills
Joseph I. Goldstein
Lisa A. Goldblatt
KIRKPATRICK & LOCKHART LLP
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 778-9096

Lynn A. Goldstein
BANK ONE CORP.
Law Department
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603

Robert Sperling
Jim Hanlon
Chris Kemnitz
Ronald S. Betman
KATTEN MUCHIN ZAVIS
525 West Monroe Street
Suite 1600
Chicago, Illinois 60661

Joseph Goldstein
CROWELL & MORING
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Alan N. Salpeter
Jason B. Fliegel
MAYER, BROWN, ROWE & MAW
190 South LaSalle Street
Chicago, Illinois 60603
Phone: (312) 782-0600

Eric D. Brandfonbrener
Gary M. Elden
GRIPPO & ELDEN
227 West Monroe Street
Suite 3600
Chicago, Illinois 60606
(312) 704-7700

Robert I. Harwood
Daniella Quitt
WECHSLER HARWOOD HALEBIAN
& FEFFER LLP
488 Madison Avenue, 8th Floor
New York, New York 10022
(212) 935-7400

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
DEC 09 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| In re Bank One Shareholders Class Actions | No. 00 C 880<br><br>Judge Milton I. Shadur |

**DOCKETED**
DEC 18 2002

**LEAD COUNSEL'S MOTION FOR AN ORDER DIRECTING DISTRIBUTION OF THE SETTLEMENT FUND**

Lead Counsel hereby moves this Court for an order directing distribution of the Settlement Fund.

As detailed in the accompanying affidavit of Robert I. Harwood, the Court approved the Settlement and retained jurisdiction over the final distribution of the Settlement Fund to the shareholders. The claims process has been completed.

Therefore, Lead Counsel respectfully requests that this Court enter the attached [Proposed] Order Directing Distribution and approving payment to the Claims Administrator.

Dated: December 9, 2002

Respectfully submitted,

By: _____
Marvin A. Miller
Miller Faucher and Cafferty LLP
30 North LaSalle Street
Suite 3200
Chicago, Illinois 60602
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

**Liaison Counsel for the Class**

129

Robert I. Harwood
Daniella Quitt
Wechsler Harwood LLP
488 Madison Avenue
Telephone: (212) 935-7400
Facsimile: (212) 753-3630