# United States District Court
## Northern District of Illinois
### Eastern Division

**DOCKETED**
DEC 1 8 2002

Bank One Shareholders Class Actions

v.

**JUDGMENT IN A CIVIL CASE**

Case Number: 00 C 880

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that there being no just reason for delay, final judgment is entered finding that the procedures used and actions taken for the administration of the Settlement and claims procedure are hereby adjudged to have been proper and complete, and the administrative determinations of the Claims Administrator accepting and rejecting claims filed in this matter are approved. The hours of services, fees and out-of-pocket expenses, and costs for services for which Berdon seeks payment are approved and adjudged to be fair and reasonable. Berdon shall be paid **$1,767,264.37** comprising **$1,425,000.00** in fees and **$342,264.37** in out-of-pocket expenses from the Settlement Fund. The Net Settlement Fund shall be distributed as soon as reasonable possible in accordance with the Final Order and each Class Member shall receive his/her/its pro rata share of the Net Settlement Fund calculated by Berdon based on their calculated recognized losses after deduction of any additional taxes to be paid to the Internal Revenue Service.

Michael W. Dobbins, Clerk of Court

Date: 12/17/2002

*Sandy Newland*, Deputy Clerk

132