**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Bank One Shareholders Class Actions, et al.
                                                                Plaintiff,

v.                                                              Case No.: 1:00−cv−00880
                                                                Honorable Milton I. Shadur

Bank One, et al.
                                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 6, 2008:

    MINUTE entry before the Honorable Milton I. Shadur:Motion for an order directing disbursement [133] is granted. Counsel will submit a draft order for signature. Status hearing held on 11/6/2008.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.