*MH N*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE: BANK ONE SHAREHOLDER LITIGATION          00 C 880

Judge Milton I. Shadur

## ORDER ON PLAINTIFF'S MOTION FOR DISTRIBUTION OF UNCLAIMED
## SETTLEMENT FUNDS

This matter came before the Court on Plaintiffs' Lead Counsel's motion to distribute the

unclaimed settlement funds and the court having considered the motion;

IT IS ORDERED THAT the motion is granted.

IT IS FURTHER ORDERED that for the reasons stated in open court and on the record,

the unclaimed settlement funds ($325,339.62) shall be paid over to the Legal Assistance

Foundation of Metropolitan Chicago.

IT IS FURTHER ORDERED that lead counsel shall report to the Court any sums not

paid from the remaining ($51,719.67), which amount represents replacement checks sent to

members of the Class, and such unpaid amount shall be paid to the Legal Assistance Foundation

of Metropolitan Chicago.

*Nov. 7, 2008*
*nunc pro tunc*
*Nov 6, 2008*

_____
Milton I. Shadur
United States District Judge